1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH STACHEL, CSBN 230138
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
7       E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARLET HUDSON,                 ) CIVIL NO. 3:15-CV-4921-MEJ
                                )
        Plaintiff,               ) ~~PROPOSED~~ ORDER, MOTION FOR
                                ) EXTENSION OF TIME AND CERTIFICATE
        vs.                     ) OF SERVICE
                                )
CAROLYN COLVIN,                 )
Acting Commissioner of          )
Social Security,                )
                                )
        Defendant.              )

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Brief, until May 11, 2016, with all other deadlines extended accordingly. Defendant's response is currently due April 11, 2016. Defendant requires additional time due to significant competing workloads including agency subpoenas, a scheduled Ninth Circuit hearing and dozens of active district court cases. This is the Commissioner's first extension request.

                        Respectfully submitted,


                        BRIAN J. STRETCH
                        United States Attorney

| | | |
|---|---|---|
| Dated: April 6, 2016 | By: | */s/ Patrick William Snyder* <br> PATRICK WILLIAM SNYDER <br> Special Assistant United States Attorney |
| Dated: April 7, 2016 | By: | */s/Kyle Kitson* <br> KYLE KITSON <br> (as authorized via email on April 7, 2016) <br> Attorney at Law <br> Attorney for Plaintiff |

ORDER

APPROVED AND SO ORDERED:

Dated:  April 7, 2016

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

1